UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
CAROL ROSENBERG and MIAMI HERALD    )
MEDIA COMPANY,                      )
                                   )
            Plaintiffs,             )
                                   )
      v.                            )   No. 1:17-cv-437-APM
                                   )
U.S. DEPARTMENT OF DEFENSE,         )
                                   )
            Defendant.              )
_____)

### SECOND JOINT STATUS REPORT

Plaintiffs Carol Rosenberg and Miami Herald Media Company and Defendant U.S. Department of Defense respectfully submit this joint status report.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The parties submitted a joint status report on May 19, in which Defendant reported that it had identified 157 documents responsive to Plaintiffs' FOIA request, totaling 259 pages. ECF 11.  On May 22, the Court ordered Defendant to make a rolling production on June 12, July 7, and July 18, and to submit a joint status report no later than July 25.  Minute Order (May 22, 2017).  Pursuant to the Court's order, Defendant released non-exempt, responsive records subject to the FOIA on June 12 and July 7.  On July 18, Defendant filed an unopposed motion for a one-day extension of the July 18 production deadline, ECF 12, and released the remaining non-exempt, responsive records subject to the FOIA identified in the May 19 joint status report on July 19, 2017.

In the course of processing these documents for release, Defendant identified approximately 92 additional documents, totaling approximately 292 pages, that are

-1-

potentially responsive to Plaintiffs' request. In light of this development, the parties have met and conferred and reached an agreement on a schedule for further proceedings. The parties agree that Defendant will process the approximately 92 additional documents identified in this report, totaling approximately 292 pages, and release non-exempt, responsive records subject to the FOIA on or before **August 18, 2017**. After production is complete, the parties will meet and confer and notify the Court no later than **August 25, 2017** of how they propose to proceed in this matter.

Dated: July 19, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MEDIA FREEDOM &
　　　　　　　　　　　　　　　　　　　INFORMATION ACCESS CLINIC

　　　　　　　　　　　　　　　　　　　*/s/ David A. Schulz*
　　　　　　　　　　　　　　　　　　　David A. Schulz (Bar ID 459197)
　　　　　　　　　　　　　　　　　　　321 West 44th Street
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Tel: (202) 850-6100
　　　　　　　　　　　　　　　　　　　Fax: (212) 850-6299
　　　　　　　　　　　　　　　　　　　dschulz@lsklaw.com

　　　　　　　　　　　　　　　　　　　John Langford, Supervising Attorney
　　　　　　　　　　　　　　　　　　　Eric Brooks, Law Student Intern
　　　　　　　　　　　　　　　　　　　Patrick Baker, Law Student Intern
　　　　　　　　　　　　　　　　　　　Mark Doré, Law Student Intern
　　　　　　　　　　　　　　　　　　　Yurij Melnyk, Law Student Intern
　　　　　　　　　　　　　　　　　　　Yale Law School
　　　　　　　　　　　　　　　　　　　P.O. Box 208215
　　　　　　　　　　　　　　　　　　　New Haven, CT 06520-8215
　　　　　　　　　　　　　　　　　　　Tel: (203) 436-8531
　　　　　　　　　　　　　　　　　　　Fax: (202) 432-3034
　　　　　　　　　　　　　　　　　　　john.langford@yale.edu

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


　　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Branch Director

*/s/ Daniel Halainen*
DANIEL HALAINEN (MA Bar 694582)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 616-8101 (office)
(202) 616-8470 (fax)
daniel.j.halainen@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on July 19, 2017, I electronically filed the foregoing status report using the Court's CM/ECF system, causing a notice of filing to be served on Plaintiffs' counsel of record.

*/s/ Daniel Halainen*
DANIEL HALAINEN (MA Bar 694582)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 616-8101 (office)
(202) 616-8470 (fax)
daniel.j.halainen@usdoj.gov

*Attorney for Defendant*